**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DAVID MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:18-cv-0741** |
| | ) | **Judge Aleta A. Trauger** |
| **ANDREW SAUL, Commissioner of** | ) | |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the court are plaintiff David Martin's Objections (Doc. No. 22) to the magistrate judge's Report and Recommendation (Doc. No. 21), recommending that the plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) be denied and that the Social Security Administration's denial of benefits be affirmed.

For the reasons explained in the accompanying Memorandum, the Objections are **OVERRULED**, and the court **ACCEPTS and ADOPTS** the Report and Recommendation. The plaintiff's Motion for Judgment (Doc. No. 16) is **DENIED**, and the Social Security Administration's decision is **AFFIRMED**.

The Clerk shall enter judgment in accordance with Fed. R. Civ. P. 58(b).

It is so **ORDERED**.

ENTER this 30th day of August 2019.

_____
ALETA A. TRAUGER
United States District Judge